NUMBER 13-97-931-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


LUIS VICENTE HERNANDEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from the 139th District Court of Hidalgo County,

Texas.

____________________________________________________________________


OPINION ON MOTION FOR REHEARING



Before Justices Hinojosa, Chavez, and Rodriguez


Opinion by Justice Hinojosa




 Appellant has filed a motion for rehearing in which he raises seven
points of error. We deny appellant's motion for rehearing. However,
we believe one issue raised by appellant should be addressed.

 Appellant notes that the last sentence of our opinion states: "The
judgment of the trial court is affirmed." Because the trial court rendered
a separate judgment for each of the thirteen counts for which appellant
was found guilty, appellant questions our disposition of the remaining
twelve judgments.

 The last sentence of our opinion should have read: "The
judgments of the trial court are affirmed." So there is no further
misunderstanding, we now affirm all thirteen judgments rendered by
the trial court in this case. 


 FEDERICO G. HINOJOSA

 Justice



Publish. Tex. R. App. P. 47.3 (b).


Opinion delivered and filed this the

14th day of September, 2000.